UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN WILLIAM PAYNE,<br>　　　　Petitioner,<br><br>　　v.<br><br>JEFF LYNCH, Warden,<br>　　　　Respondent. | Case No. 21-05433 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO PAY THE FILING FEE OR FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On July 15, 2021, Petitioner, a state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk sent Petitioner a notice informing him that the action was deficient because he did not pay the filing fee or file an *In Forma Pauperis* ("IFP") application. Dkt. No. 2. Petitioner was directed to respond within twenty-eight days or else the case would be dismissed. *Id*. Petitioner was also sent a notice that the matter was assigned to a magistrate judge and that he must file consent or declination to magistrate judge jurisdiction. Dkt. No. 3. After the time for filing consent to magistrate judge jurisdiction had passed without a response from Petitioner, the matter reassigned to the Undersigned. Dkt. Nos. 4, 5.

Because the time for responding to the Clerk's notice has passed, this matter is subject to dismissal. However, in the interest of justice, Petitioner shall be granted an

extension of time to either pay the filing fee or file a complete IFP application showing indigency. Petitioner shall do so **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to respond to this order in the time provided will result in the dismissal without prejudice of this action without further notice to Petitioner.**

IT IS SO ORDERED.

Dated:  __September 20, 2021__

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to pay fee or file IFP
P:\PRO-SE\BLF\HC.21\05433Payne_eot-ifp.docx