# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN W. PAYNE,<br><br>    Petitioner,<br><br>v.<br><br>JEFF LYNCH, Warden,<br><br>    Respondent. | Case No. 21-05433 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __November 17, 2021_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.21\05433Payne_judgment